United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**HEIDI GOLDSTONE**

    Plaintiff(s),　　　　　　　　　　　No. C-**11-06343** EDL

    v.　　　　　　　　　　　　　　　　**ORDER OF CONDITIONAL DISMISSAL**

**FORD MOTOR COMPANY**

    Defendants.
_____/

    The parties hereto, by their counsel, having advised the Court that they have agreed to a settlement of this case,

    IT IS HEREBY ORDERED that this case is dismissed without prejudice, with leave to reinstate on or before February 12, 2012 for the purpose of proceeding with the litigation of attorney's fees and costs in the event a settlement of that issue has not been reached has not been completed prior to that date. In the event a request to reinstate the case is not filed and served on opposing counsel on or before the foregoing date, the dismissal of the entire action will be with prejudice.

IT IS SO ORDERED.

Dated: December 12, 2012

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge